**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

FRANK RECRUITMENT GROUP INC.,
                Plaintiff,

19 **CIVIL** 10752 (PKC)

-against-

**DEFAULT JUDGMENT**

IT GURUS OF ATLANTA,
                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated May 28, 2020, FRG's motion is therefore GRANTED and judgment is entered in favor of the plaintiff in a total amount of $381,331.40, reflecting $338,208.85 in damages, $11,015.96 in attorneys' fees and $32,106.59 in prejudgment interest.

**DATED**: New York, New York
         May 28, 2020

                                            **RUBY J. KRAJICK**
                                              **Clerk of Court**

                            **BY**: _____
                                              **Deputy Clerk**