UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FRANK RECRUITMENT GROUP INC.,

                          Plaintiff,                    19-cv-10752 (PKC)

    -against-                                     ORDER

IT GURUS OF ATLANTA,

                        Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The Court granted plaintiff's motion for entry of default judgment on May 28, 2020. (Docket # 31.) On November 23, 2020, plaintiff filed two motions to compel discovery responses in aid of execution of the judgment from defendant IT Gurus of Atlanta ("IT Gurus") and non-party IBM Credit LLC. (Docket # 33, 34.) The motions state that IT Gurus and IBM did not respond to plaintiff's interrogatories, discovery requests or letters requesting a meet-and-confer session. Each motion "requests this court issue the Order requested above, along with all costs, fees, and other relief as may be allowed by law."

       Plaintiff has not annexed the interrogatories and document requests that it seeks to enforce against defendant and non-party IBM Credit LLC. The motions are DENIED without prejudice. The Clerk is directed to terminate the motions. (Docket # 33, 34.)

       SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       January 27, 2021